FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__ALEXANDRIA__ DIVISION 2009 JUL 10 A 8: 43

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

__Rosetta Stone Ltd.__

vs.

__Google Inc.__

Civil/~~Criminal~~ Action No. 1:09cv86
CGBL/JTR

# FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

__Rosetta Stone Ltd.__

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

__Rosetta Stone Ltd. is an indirect subsidiary of Rosetta Stone Inc., a publicly traded company listed on the New York Stock Exchange. In addition, Rosetta Stone Ltd. owns Rosetta Stone (UK) and Rosetta Stone Japan, Inc.__

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

__July 10, 2009__
Date

Signature of Attorney or Litigant
Counsel for __plaintiff__

Rev. 7/14/04