RECEIVED

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

2009 JUL 10  A 8: 43

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Rosetta Stone Ltd. | ) |
| Plaintiff | ) |
| v. | ) |
| Google Inc. | ) |
| Defendant | ) |

Civil Action No. 1:09cv736
GBL TJF

## Summons in a Civil Action

To: *(Defendant's name and address)*

Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA  94043

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Terence P. Ross
Gibson Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

_____
Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*