AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Virginia__

FILED

2009 JUL 10 A 8: 43

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## APPEARANCE

Case Number: 1:09cv736 GBL/JFA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for __Plaintiff Rosetta Stone Ltd.__

I certify that I am admitted to practice in this court.

__July 10, 2009__
Date

_Signature_

Terence P. Ross     VSB# 026408
Print Name     Bar Number

1050 Connecticut Avenue, NW, Suite 300
Address

Washington     DC     20036
City     State     Zip Code

202-955-8664     202-467-0539
Phone Number     Fax Number