AO 440 (Rev. 04/08) Civil Summons

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2009 JUL 16 P 2: 46

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| Rosetta Stone Ltd. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 1:09cv736 |
| Google Inc. | ) GBL-TJFA |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Terence P. Ross
Gibson Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

Name of clerk of court

Date: July 10 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint* in this case on __Google Inc.__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (X) other (specify) __by serving Linda Liles, Agent, authorized to accept. Service__ was completed at 11 S. 12th Street, Richmond, VA 23218 on 07-14-09 @ 11:50 am.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __14 July 2009__

_Server's signature_

Benjamin G. Hanson Jr.
Printed name and title

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Server's address

\* Notice of Right to Consent to Trial Before United States Magistrate Judge