IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ROSETTA STONE LTD. | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:09cv736 (GBL / TCB) |
| GOOGLE INC. | |
| Defendant. | |

## ORDER

UPON CONSIDERATION of the parties' Consent Motion to Extend Time for Filing Responsive Pleadings (Dkt No. 8), the Consent Motion is GRANTED, and it is hereby

ORDERED that Defendant's time to file responsive pleadings is extended to 5:00 p.m. on August 21, 2009; and it is hereby further

ORDERED that: (1) any motion filed by Defendant on August 21, 2009 will be set for hearing on September 18, 2009; (2) Plaintiff shall file its response to any such motion no later than 5:00 p.m. on September 9, 2009; and (3) Defendant shall file its reply in support of such motion no later than 5:00 p.m. on September 14, 2009.

Dated: July 30, 2009

/s/
Gerald Bruce Lee
United States District Judge

_____
United States District Court Judge

#1121576v2