<u>CIVIL MINUTE SHEET</u>

DATE: 9-18-09          CASE NUMBER 1:09CV736    START 12:33

JUDGE: Lee            REPORTER: R. Wilson       END 1:22

TIME IN COURT: _____

PARTIES                          ATTORNEYS

Rosetta Stone LTD                Terence Ross

                    VS.
Google Inc.                      Jonathan Frieden +
                                 Margaret Caruso, pro
                                                hac vice

THIS MATTER CAME ON FOR HEARING ON: _____

Google's motion to dismiss Rosetta Stones' Complaint.
Heard. Findings stated from the Bench. Granted in
part and denied in part.