IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Rosetta Stone Ltd., )
)
    Plaintiff, )
)
v. ) Case No. 1:09cv736(GBL)
)
Google Inc., )
)
    Defendant. )

## ORDER

THIS MATTER is before the Court on Defendant Google's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(3) or alternatively, pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons stated in open court on Friday, September 18, 2009, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED in part and GRANTED in part. The Court DENIES the Rule 12(b)(3) Motion to Dismiss for improper venue. It is further

ORDERED that the Court GRANTS the Rule 12(b)(6) Motion to Dismiss the false endorsement and conspiracy claims.

The Clerk is directed to forward a copy of this Order to counsel.

Entered this 21st day of September, 2009.

Alexandria, Virginia

09/ 21 /09

/s/
Gerald Bruce Lee
United States District Judge