AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

Rosetta Stone Ltd.,

    Plaintiff,

  v.

Google Inc.,

    Defendant.

**APPEARANCE**

Case Number: 1:09-cv-00736-GBL-TCB

of record:

Enter my appearance as counsel in this case for   Plaintiff Rosetta Stone Ltd.

I certify that I am admitted to practice in this court.

| Date | Signature |
|---|---|
| | Print Name     Bar Number |
| | Address |
| | City    State    Zip Code |
| | Phone Number     Fax Number |