IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(d) AND LOCAL CRIMINAL RULE 75.4

In Case Number 1:09-cv-00736 , Case Name Rosetta Stone LTD v. Google Inc.
Party Represented by Applicant: Google Inc.
To: The Honorable Judges of the United States District Court of the Eastern District of Virginia

FILED JAN - 4 2010 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

PERSONAL STATEMENT

FULL NAME (no initials, please) ___Cheryl Ann Galvin___
Bar Identification Number ___252262___ State ___California___
Firm Name _Quinn Emanuel Urquhart Oliver & Hedges, LLP_
Firm Phone # _(650) 801-5000_     Direct Dial# _(650) 801-5077_     FAX# _(650) 801-5100_
E-Mail address _cherylgalvin@quinnemanuel.com_
Office Mailing Address _555 Twin Dolphin Drive, Suite 560, Redwood Shores, California, 94065_

Name(s) of federal court(s) in which I have been admitted Northern District of California, U. S. Court of Appeals for the 9th Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern district of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of the application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _XX_ a full-time employee of the United State of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____     12/28/2009
(Signature)                          (Date)

_Jonathan D. Frieden_
(Typed or Printed Name)

Court Use Only:
Court's Fee Paid _____ or Exemption Granted _____
The motion for admission is Granted __✓__ or DENIED _____

/s/
Gerald Bruce Lee
United States District Judge
(Judge's Signature)                  1-4-10
                                     (Date)

01980.61656/3152268.1