

# Odin Feldman Pittleman PC

**Stephen A. Cobb**
Attorney at Law
Stephen.cobb@ofplaw.com
**Direct: 703-218-2103**

December 29, 2009

**VIA COURIER**
Clerk of the Court
United States District Court
for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

> Re:  *Rosetta Stone Ltd. v. Google Inc.*
> U.S. District Court for the Eastern District of Virginia
> Civil Action No. 1:09cv00736

Dear Clerk:

    With regard to the above-referenced matter, enclosed for filing please find an original signed Pro Hac Vice Application. I have also enclosed this firm's check number 076027 in the amount of $50.00 to cover the clerk's fee. Lastly, I have enclosed an additional copy of the Application which I request you date-stamp and return in the enclosed, self-addressed, stamped envelope.

    Thank you for your prompt assistance with this matter. Should you have any questions or concerns with regard to this matter, please do not hesitate to contact me.

Very truly yours,

Stephen A. Cobb

Enclosure: a/s

#1177437v1  faflt - Ltr to Clerk of the Court 12.28.09  52040/00001