```
Court Name: United States District Court
Division: 1
Receipt Number: 14683010620
Cashier ID: rbroaden
Transaction Date: 12/29/2009
Payer Name: CHERYL GALVIN
----------------------------------------
PRO HAC VICE
 For: CHERYL GALVIN
 Case/Party: D-VAE-1-10-CR-PROHAC-001
 Amount:       $50.00
----------------------------------------
CHECK
 Remitter: ODIN FELDMAN
 Check/Money Order Num: 076027
 Amt Tendered: $50.00
----------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

PRO HAC VICE
109CV736
CHERYL GALVIN
```