**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ROSETTA STONE LTD., )<br><br>Plaintiff, )<br><br>-v- )<br><br>GOOGLE INC., )<br><br>Defendant. ) | Case No. 1:09-cv-00736 (GBL/TCB) |

**ROSETTA STONE LTD.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
BY DEFENDANT GOOGLE INC.**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37(A),

Plaintiff Rosetta Stone Ltd. ("Rosetta Stone") respectfully moves this Court to compel the

production of documents by Google Inc. ("Google") responsive to Rosetta Stone's First and

Second Set of Requests for the Production of Documents.  For the reasons set forth in the

Memorandum of Points and Authorities filed simultaneously herewith, Rosetta Stone submits

that the document production requests at issue are relevant to this lawsuit and that Google has no

basis for withholding their production.  In addition, pursuant to Local Rule 37(F), and as

discussed in more detail in Rosetta Stone's Memorandum, Rosetta Stone hereby moves the Court

to extend the cut-off date for the completion of fact discovery in this case to March 15, 2010, an

extension of thirty-one (31) business days from the current date for completion of all fact

discovery.

Dated:  January 8, 2010

_____/s/_____
Terence P. Ross
VSB # 26408
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Phone: 202-624-2645
Fax: 202-628-8844
tross@crowell.com

*Counsel For Plaintiff,*
*Rosetta Stone Ltd.*