# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

ROSETTA STONE LTD., )
)
    Plaintiff, )
)
)  Case No. 1:09-cv-00736 (GBL/TCB)
-v- )
)
GOOGLE INC., )
)
    Defendant. )
)

## PROPOSED ORDER

The Court, having considered Plaintiff Rosetta Stone Ltd.'s Motion to Compel Production of Documents by Google Inc., the briefs submitted by the parties and the argument presented by counsel,

**IT IS HEREBY ORDERED,** that Plaintiff's Motion is GRANTED; and it is

**FURTHER ORDERED** that Defendant shall produce all documents responsive to Plaintiff's Request Nos. 5-10, 12-15, 17-23, 26-29, 42-43, 54, 62-63, 67-69, 76-79, 92-93, 96, 98-99 and 106-113 with such documents to be produced in compliance with the protocols of the Agreement Concerning Electronically Stored Information, filed with the Court on December 17, 2009 (D.I. 29), and the Agreed Protective Order, filed with the Court on December 14, 2009 (D.I. 28); and it is

**FURTHER ORDERED** that the date for the completion of all fact discovery is extended to March 15, 2010.

Entered this _____ day of January, 2010.

                                                                      _____
                                                                      Magistrate Judge Theresa Carroll Buchanan

Copies to:

Terence P. Ross  
CROWELL & MORING, LLP  
1001 Pennsylvania Avenue, NW  
Washington, DC  20004  
Phone: 202- 624-2645  
Fax: 202-628-8844  
tross@crowell.com

*Counsel For Plaintiff, Rosetta Stone Ltd.*

Jonathan D. Frieden, Esq.  
ODIN, FELDMAN & PETTLEMAN, P.C.  
9302 Lee Highway, Suite 1100  
Fairfax, VA  22031  
Phone: (703) 218-2100  
jonathan.frieden@ofplaw.com

*Counsel for Defendant, Google Inc.*