# Exhibit 7

# Ross, Terence

**From:** Margret Caruso [margretcaruso@quinnemanuel.com]
**Sent:** Friday, January 08, 2010 3:02 PM
**To:** Ross, Terence
**Subject:** RE: Rosetta Stone v Google

Terry,

That is right. I have a hearing out of state on Monday and am traveling, but will be available Tuesday morning.

Have a good weekend.

Margret

**From:** Ross, Terence [mailto:TRoss@crowell.com]
**Sent:** Friday, January 08, 2010 11:58 AM
**To:** Margret Caruso
**Subject:** Rosetta Stone v Google


Margret:

Sorry I missed your call. It is doubtful that I can return it today, but will definitely call on Monday. I did want to confirm your voicemail that Google does not believe a full 30-day extension of time to complete fact discovery is necessary, but does not oppose such an extension. I understand your position in this regard.

Thanks for getting back to me.

Terry

---

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

Terence P. Ross
Crowell & Moring
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
tel: 202-624-2645
fax: 202-628-5116
tross@crowell.com

 Please consider the environment before printing this e-mail

1/8/2010