**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ROSETTA STONE LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 1:09-cv-00736 (GBL/TCB) |
| -v- ) | |
| ) | |
| GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF PLAINTIFF ROSETTA STONE LTD.'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS BY DEFENDANT GOOGLE INC.**

PLEASE TAKE NOTICE that Plaintiff Rosetta Stone, Ltd., by and through its undersigned counsel, will appear before this Court on Friday, January 15, 2010, at 10:00 am, or as soon thereafter as counsel may be heard, to move the Court to grant its Motion to Compel Production of Documents by Google Inc.

Dated:  January 8, 2010

                                                       /s/
                                           Terence P. Ross
                                           VSB # 26408
                                           CROWELL & MORING, LLP
                                           1001 Pennsylvania Avenue, NW
                                           Washington, DC  20004
                                           Phone: 202-624-2645
                                           Fax: 202-628-8844
                                           tross@crowell.com

*Counsel For Plaintiff,
Rosetta Stone Ltd.*