**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| ROSETTA STONE LTD., | ) |
| Plaintiff, | ) |
| -v- | ) Case No. 1:09-cv-00736 (GBL/TCB) |
| GOOGLE INC., | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of January, 2010, I will electronically file Plaintiff's Motion to Compel with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Jonathan D. Frieden, Esq.
> ODIN, FELDMAN & PETTLEMAN, P.C.
> 9302 Lee Highway
> Suite 1100
> Fairfax, VA  22031
> jonathan.frieden@ofplaw.com
> *Counsel for Defendant, Google Inc.*

                                         /s/
Terence P. Ross
VSB # 26408
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Phone: 202-624-2645
Fax:  202-628-8844
tross@crowell.com
*Counsel for Plaintiff,
Rosetta Stone Ltd.*