IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ROSETTA STONE LTD. | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:09cv736 (GBL / TCB) |
| GOOGLE INC. | |
| Defendant. | |

## JOINT MOTION TO EXTEND DEADLINES FOR EXPERT DISCOVERY

COME NOW, the Plaintiff, Rosetta Stone Ltd., and Defendant, Google Inc., (collectively the "***Parties***"), jointly and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, and hereby request an extension of the deadline for disclosure of the Parties' expert witnesses.

The parties hereby jointly request that the current deadline for the disclosure of Defendant's expert witnesses be extended by one week, from January 13, 2010 to January 20, 2010; and the rebuttal expert witness disclosure deadline be extended from January 27, 2010 to February 4, 2010. In view of the parties' agreement on these dates and the fact that the revised dates do not interfere with the hearing dates set by the Court, the Parties hereby respectfully request that Court grant their Motion and enter the attached order.

Agreed to this 11th day of January, 2010.

_____/s/_____
Terence P. Ross, Esquire (VSB No. 26408)
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2645
(202) 628-8844 (facsimile)
tross@crowell.com
*Counsel for Plaintiff Rosetta Stone Ltd.*


_____/s/_____
Jonathan D. Frieden, Esquire (VSB No. 41452)
Stephen A. Cobb, Esquire (VSB No. 75876)
ODIN, FELDMAN & PITTLEMAN, P.C.
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
(703) 218-2100
(703) 218-2160 (facsimile)
jonathan.frieden@ofplaw.com
stephen.cobb@ofplaw.com

Margret M. Caruso, Esquire (Admitted *Pro Hac Vice*)
QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5101
(650) 801-5100 (facsimile)
margretcaruso@quinnemanuel.com
*Counsel for Defendant Google Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of January, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following::

>Terence P. Ross, Esquire (VSB No. 26408)
>CROWELL & MORING, LLP
>1001 Pennsylvania Avenue, NW
>Washington, DC 20004
>202-624-2645
>202-628-8844 (facsimile)
>tross@crowell.com
>*Counsel for Plaintiff Rosetta Stone Ltd.*

>                               /s/
>Jonathan D. Frieden, Esquire (VSB No. 41452)
>Stephen A. Cobb, Esquire (VSB No. 75876)
>ODIN, FELDMAN & PITTLEMAN, P.C.
>9302 Lee Highway, Suite 1100
>Fairfax, Virginia 22031
>(703) 218-2100
>(703) 218-2160 (facsimile)
>jonathan.frieden@ofplaw.com
>stephen.cobb@ofplaw.com
>*Counsel for Defendant Google Inc.*