IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ROSETTA STONE LTD. | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:09cv736 (GBL / TCB) |
| GOOGLE INC. | |
| Defendant. | |

## **NOTICE OF JOINT MOTION TO EXTEND DEADLINES FOR EXPERT DISCOVERY**

PLEASE TAKE NOTICE that Plaintiff, Rosetta Stone Ltd., and Defendant, Google Inc., (collectively the "*Parties*"), by and through their undersigned counsel, will appear before this Court on Friday, January 22, 2010, at 10 a.m., or as soon thereafter as counsel may be heard, to move the Court to grant their Joint Motion to Extend Deadlines for Expert Discovery.

Dated: January 11, 2010

/s/
Terence P. Ross, Esquire (VSB No. 26408)
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2645
(202) 628-8844 (facsimile)
tross@crowell.com
*Counsel for Plaintiff Rosetta Stone Ltd.*

              /s/
_____
Jonathan D. Frieden, Esquire (VSB No. 41452)
Stephen A. Cobb, Esquire (VSB No. 75876)
ODIN, FELDMAN & PITTLEMAN, P.C.
9302 Lee Highway, Suite 1100
Fairfax, Virginia  22031
(703) 218-2100
(703) 218-2160 (facsimile)
jonathan.frieden@ofplaw.com
stephen.cobb@ofplaw.com

Margret M. Caruso, Esquire (Admitted *Pro Hac Vice*)
QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5101
(650) 801-5100 (facsimile)
margretcaruso@quinnemanuel.com
*Counsel for Defendant Google Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of January, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following::

>Terence P. Ross, Esquire (VSB No. 26408)
>CROWELL & MORING, LLP
>1001 Pennsylvania Avenue, NW
>Washington, DC 20004
>(202) 624-2645
>(202) 628-8844 (facsimile)
>tross@crowell.com
>*Counsel for Plaintiff Rosetta Stone Ltd.*

>                /s/
>Jonathan D. Frieden, Esquire (VSB No. 41452)
>Stephen A. Cobb, Esquire (VSB No. 75876)
>ODIN, FELDMAN & PITTLEMAN, P.C.
>9302 Lee Highway, Suite 1100
>Fairfax, Virginia 22031
>(703) 218-2100
>(703) 218-2160 (facsimile)
>jonathan.frieden@ofplaw.com
>stephen.cobb@ofplaw.com
>*Counsel for Defendant Google Inc.*

#1182173v1