IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)



ROSETTA STONE LTD.

    Plaintiff,

v.

GOOGLE INC.

    Defendant.

CIVIL ACTION NO. 1:09cv736
(GBL / TCB)

## ORDER

Before the Court is the parties' Joint Motion to Extend Deadlines for Expert Discovery. For the reasons stated in their Motion and for good cause shown, it is hereby

ORDERED THAT the deadline for the disclosure of defendant's expert witnesses is extended from January 13, 2010 to January 20, 2010; and the rebuttal expert witness disclosure deadline is extended from January 27, 2010 to February 4, 2010.

It is so ORDERED.

DATED this 12TH day of January, 2010.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

The Honorable Theresa Carol Buchannan
UNITED STATES MAGISTRATE JUDGE

#1182175v1