# EXHIBIT A

Google  [rosetta stone]   Search  Advanced Search

Web  ⊞ Show options...                                          Results 1 - 10 of about 4,980,000 for rosetta stone. (0.08 seconds)

Sponsored Link    Sponsored Links

**Rosetta Stone®**
www.RosettaStone.com    10% Off Plus Free Shipping New Year. New Language. New You.

**Save on Rosetta Stone**
Top Language Programs Now on Sale:
10% Off Plus Free Shipping
eBay.com/RosettaStone

**Language Learning with Rosetta Stone**
Rosetta Stone is the world's #1 language-learning software. Our comprehensive foreign language program provides language learning for individuals and ...
⊞ Show stock quote for RST

www.rosettastone.com/ - Cached - Similar

| Spanish (Latin America) | Italian |
| How It Works | German |
| French | Chinese (Mandarin) |
| English (American) | Contact Us |

More results from rosettastone.com »

**Rosetta Stone at Amazon**
Buy Rosetta Stone and Save.
Free Shipping on Rosetta Stone!
www.Amazon.com/Rosetta-Stone

**Buy Rosetta Stone**
Rosetta Stone up to 43% off.
Check great offers & save big now!
best-price.com/Rosetta+Stone

See your ad here »

**Rosetta Stone - Wikipedia, the free encyclopedia**
The Rosetta Stone is an Ancient Egyptian artifact which was instrumental in advancing modern understanding of Egyptian hieroglyphic writing. ...
en.wikipedia.org/wiki/Rosetta_Stone - Cached - Similar

**The Rosetta Stone - Google Books Result**
by E. A. Wallis Budge - 1989 - History - 325 pages
In the present volume, one of the 20th century's foremost Egyptologists tells the fascinating story of the Rosetta Stone - from its discovery during a French ...
books.google.com/books?isbn=0486261638...

**Rosetta – Top Interactive Agency – Personalized Marketing Solutions**
At Rosetta, we are focused on translating personalized customer connections into business results. Our service model is based on forging a deep partnership ...
www.rosetta.com/ - Cached - Similar

**Story**
The Rosetta Stone is a stone with writing on it in two languages (Egyptian ... The Rosetta Stone is written in three scripts because when it was written, ...
www.ancientegypt.co.uk/writing/rosetta.html - Cached - Similar

**Rosetta Stone for Unix**
Jun 26, 2009 ... A Sysadmin's Unixersal Translator (ROSETTA STONE) OR What do they call that in this world? Contributions and corrections gratefully accepted ...
bhami.com/rosetta.html - Cached

**Rosetta Stone - Crystalinks**
The Rosetta Stone is 3 feet 9 inches long and 2 feet 4 1/2 inches wide - (114x72x28cm). It is dark grey-pinkish granite stone (originally thought to be ...
www.crystalinks.com/rosetta.html - Cached - Similar

**Ancient Egyptian Culture**
This stone was called the Rosetta Stone. He took the stone to the scholars and they realized that it was a royal decree that basically stated that it was to ...
www.mnsu.edu/emuseum/prehistory/egypt/.../rosettastone.html - Cached - Similar

**British Museum - The Rosetta Stone**
The inscription on the Rosetta Stone is a decree passed by a council of priests, one of a series that affirm the royal cult of the 13-year-old Ptolemy V on ...
www.britishmuseum.org › Explore › Highlights - Cached - Similar

**Mr. Dowling's Rosetta Stone Page**
In 1799, French soldiers unearthed a great stone that led to the decoding of Egyptian hierogglyphics. Learn the story of the Rosetta Stone in a lesson ...
www.mrdowling.com/604-rosettastone.html - Cached - Similar

Searches related to **rosetta stone**

| rosetta stone reviews | rosetta stone software | rosetta stone spanish | rosetta stone demo |
| rosetta stone ebay | rosetta stone coupon | rosetta stone used | learn spanish |

Goooooooooogle ▶
1 2 3 4 5 6 7 8 9 10  Next

[rosetta stone]   Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental