# EXHIBIT B

**From:** Margret Caruso
**Sent:** Wednesday, January 13, 2010 6:50 AM
**To:** Cheryl Galvin
**Subject:** FW: deposition of Kent Van Liere

---

**From:** Margret Caruso
**Sent:** Tuesday, December 29, 2009 10:46 AM
**To:** Ross, Terence
**Subject:** RE: deposition of Kent Van Liere

Terry,

Thank you for letting me know. Could you please give me a call when you get a chance? As I said in my voicemail, I would like to talk through some issues about the experts with you as soon as possible.

Margret

---

**From:** Ross, Terence [mailto:TRoss@crowell.com]
**Sent:** Tuesday, December 29, 2009 6:06 AM
**To:** Margret Caruso
**Subject:** RE: deposition of Kent Van Liere

Margret:

As I suspected, Kent had already left for the holiday when your original e-mail request came in and so I just heard back from him late last night, my time. He cannot do the week of the 4th due to another case and has some limits on the latter part of the week of the 11th due to yet another case. But he could do a deposition on Wednesday, January 13th. If this works for you, can you please let me know as soon as possible, so I can lock this in on his schedule.

Also, if we produce him for deposition in San Francisco, I assume you agree to produce your expert in DC, correct?

Terry

---

**From:** Margret Caruso [mailto:margretcaruso@quinnemanuel.com]
**Sent:** Wednesday, December 23, 2009 8:38 PM
**To:** Ross, Terence
**Cc:** Borden, Bennett B.
**Subject:** deposition of Kent Van Liere

Terry,

Please let me know Van Liere's availability to be deposed the week of January 4 in San Francisco.

**Margret Caruso**
Partner,

**Quinn Emanuel Urquhart Oliver & Hedges LLP.**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Direct: (650) 801-5101
Main Phone: (650) 801-5000
Main Fax: (650) 801-5100
E-mail: margretcaruso@quinnemanuel.com
Web: www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.