EXHIBIT C

I've forwarded this request (again) and will hound them for a response.

And thanks for your voice mail re the timing for responding to my letter. No worries, I'll look for it after the holidays.

Hope you have a very happy holiday season.

Best,

-Bennett

---

**From:** Cheryl Galvin
**To:** Borden, Bennett B.
**Cc:** Margret Caruso
**Sent:** Wed Dec 23 19:15:36 2009
**Subject:** Van Liere report

Bennett,

In addition to page 1 of the main report and pages 26 and 52 of the survey data, Van Liere's report is also missing pages 18, 56-60, 133-135, 147, 171 and 173-174 of the open-end responses. Please send these pages to us ASAP; we have already been missing this data for a week and a half. Please also send us the survey data in electronic format, so that we may see the complete results.

Thanks,
Cheryl

Cheryl Galvin
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Direct: (650) 801-5077
Main Phone: (650) 801-5000
Main Fax: (650) 801-5100
E-mail: cherylgalvin@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

===================================================================
This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.
===================================================================