UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Rosetta Stone, Ltd., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:09cv736 |
| Google, Inc., | ) |
| Defendant. | ) |

## ORDER

THIS MATTER came before the Court on plaintiff's Motion to Compel. (Dkt. No. 31) The motion, which was scheduled to be heard by this Court on January 15, 2010, will be continued until January 22, 2010 at 10:00 am.

ENTERED this 14th day of January, 2010.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia