# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ROSETTA STONE LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Case No. 1:09-cv-00736 (GBL/TCB)** |
| ) | |
| GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Rosetta Stone Ltd. I certify that I am admitted to practice in this Court.

                                  Respectfully submitted,

| January 21, 2010 | /s/ |
|---|---|
| Date | Warren T. Allen II (Va. Bar No. 72691) |
| | Attorney for Rosetta Stone Ltd. |
| | Skadden, Arps, Slate, Meagher, & Flom, LLP |
| | 1440 New York Avenue, N.W. |
| | Washington, D.C. 20005-2111 |
| | Telephone: (202) 371-7126 |
| | Facsimile: (202) 661-9121 |
| | Warren.Allen@skadden.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 21, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing (NEF) to the following:

  Terrence P. Ross
  CROWELL & MORING, LLP
  1001 Pennsylvania Avenue, NW
  Washington, DC 20004
  tross@crowell.com

  *Counsel for Plaintiff, Rosetta Stone Ltd.*

  Jonathan D. Frieden
  ODIN, FELDMAN & PETTLEMAN, P.C.
  9302 Lee Highway, Suite 1100
  Fairfax, VA 22031
  jonathan.frieden@ofplaw.com

  *Counsel for Defendant, Google Inc.*

         Respectfully submitted,

  January 21, 2010    /s/
    Date       Warren T. Allen II (Va. Bar No. 72691)
         Attorney for Rosetta Stone Ltd.
         Skadden, Arps, Slate, Meagher, & Flom, LLP
         1440 New York Avenue, N.W.
         Washington, D.C. 20005-2111
         Telephone: (202) 371-7126
         Facsimile: (202) 661-9121
         Warren.Allen@skadden.com