UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Rosetta Stone, Ltd., )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 1:09cv736
 )
Google, Inc., )
 )
    Defendant. )

## ORDER

THIS MATTER came before the Court on plaintiff's Motion to Compel. (Dkt. No. 31) The motion, which was scheduled to be heard by this Court on January 22, 2010, will be continued until February 4, 2010 at 2:00 pm.

ENTERED this 21st day of January, 2010.

                                                  /s/
                                    THERESA CARROLL BUCHANAN
                                    UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia