IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

JAN 2 2 2010

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:09-cv-00736 Case Name Rosetta Stone Ltd. v. Google Inc.
Party Represented by Applicant: Rosetta Stone Ltd.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Clifford Myer Sloan
Bar Identification Number see attached  State see attached
Firm Name Skadden, Arps, Slate, Meagher & Flom LLP
Firm Phone # (202) 371-7000   Direct Dial # (202)371-7040   FAX # (202)661-8340
E-Mail Address Cliff.Sloan@skadden.com
Office Mailing Address 1440 New York Avenue, N.W., Washington, D.C. 20005

Name(s) of federal court(s) in which I have been admitted   see attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___  am not _X_ a full-time employee of the United States of America, and (if so,) request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                                                 01/21/10
Warren T. Allen II                                                           (Date)
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _X_ or DENIED _____

/s/
Gerald Bruce Lee
United States District Judge                                                1-22-10
(Judge's Signature)                                                         (Date)

# Attachment to The Application of Clifford Myer Sloan
## To Qualify As a Foreign Attorney Under Local Civil Rule 83.1(D)

**Clifford Myer Sloan Bar Admissions**

State Bar of Illinois (Bar No. 6193930)
District of Columbia Bar (Bar No. 417339)

Supreme Court of the United States
United States Court of Appeals for the District of Columbia Circuit
United States Court of Appeals for the First Circuit
United States Court of Appeals for the Second Circuit
United States Court of Appeals for the Sixth Circuit
United States Court of Appeals for the Seventh Circuit
United States Court of Appeals for the Armed Forces
United States District Court for the District of Columbia