Court Name: United States District Court
Division: 1
Receipt Number: 14683011092
Cashier ID: dvangetr
Transaction Date: 01/21/2010
Payer Name: CLIFFORD SLOAN

PRO HAC VICE
 For: CLIFFORD SLOAN
 Case/Party: D-VAE-1-10-CR-PROHAC-001
 Amount:     $50.00

CASH
 Amt Tendered: $50.00

Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

109CV736
PRPOHAC