Court Name: United States District Court
Division: 1
Receipt Number: 14683011093
Cashier ID: dvanmetr
Transaction Date: 01/21/2010
Payer Name: JENNIFER SPAZIANO

---

PRO HAC VICE
 For: JENNIFER SPAZIANO
 Case/Party: D-VAE-1-10-CR-PROHAC-001
 Amount:      $50.00

---

CASH
 Amt Tendered: $50.00

---

Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

109CV736
PROHAC