# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ROSETTA STONE LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GOOGLE INC., ) <br> ) <br> Defendant. ) <br> ) | **Case No. 1:09-cv-00736 (GBL/TCB)** |

## UNOPPOSED MOTION OF ROSETTA STONE LTD.
## TO EXTEND DISCOVERY CUTOFF

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff Rosetta Stone Ltd. hereby requests that the current deadline for the completion of discovery be extended by thirty-one (31) days, from February 12, 2010, to March 15, 2010. As set forth in the accompanying Memorandum of Law, good cause exists for the requested extension. Defendant Google Inc., moreover, does not oppose this Motion. Rosetta Stone therefore respectfully requests that the Court grant its Motion and enter the attached order.

Respectfully submitted,

January 25, 2010
Date

/s/
Warren T. Allen II (Va. Bar No. 72691)
Attorney for Rosetta Stone Ltd.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
Telephone: (202) 371-7126
Facsimile: (202) 661-9121
Warren.Allen@skadden.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing (NEF) to the following:

Terrence P. Ross
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
tross@crowell.com

*Counsel for Plaintiff, Rosetta Stone Ltd.*

Jonathan D. Frieden
ODIN, FELDMAN & PETTLEMAN, P.C.
9302 Lee Highway, Suite 1100
Fairfax, VA 22031
jonathan.frieden@ofplaw.com

*Counsel for Defendant, Google Inc.*

Respectfully submitted,

| January 25, 2010 | /s/ |
|---|---|
| Date | Warren T. Allen II (Va. Bar No. 72691) |
| | Attorney for Rosetta Stone Ltd. |
| | Skadden, Arps, Slate, Meagher & Flom LLP |
| | 1440 New York Avenue, N.W. |
| | Washington, D.C. 20005-2111 |
| | Telephone: (202) 371-7126 |
| | Facsimile: (202) 661-9121 |
| | Warren.Allen@skadden.com |