# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ROSETTA STONE LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:09-cv-00736 (GBL/TCB) |
| ) | |
| GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now Terence P. Ross and respectfully states:

Terence P. Ross has been attorney of record for plaintiff, Rosetta Stone Ltd. in the above-captioned case. Warren T. Allen has entered his appearance in this matter and will now be attorney of record for plaintiff, Rosetta Stone Ltd. Therefore, pursuant to Local Rule 83.1(G), Terence P. Ross requests leave of the court to withdraw his appearance in the above-captioned matter and that an Order be entered reflecting the same. Plaintiff Rosetta Stone Ltd. has consented to this withdrawal and reasonable notice has been provided to opposing counsel.

Respectfully submitted,

Dated: January 26, 2010

/s/
Terence P. Ross
VSB #26408
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
Phone: 202-624-2645
Fax: 202-628-8844
tross@crowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2010, I will electronically file the foregoing Motion to Withdraw with the Clerk of Court using the CM/ECF system, which shall send notification of such filing (NEF) to the following:

> Warren T. Allen II
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM
> 1440 New York Avenue, N.W.
> Washington, DC 20005
> Warren.Allen@skadden.com
>
> *Counsel for Plaintiff, Rosetta Stone Ltd.*
>
> Jonathan D. Frieden
> ODIN, FELDMAN & PETTLEMAN, P.C.
> 9302 Lee Highway, Suite 1100
> Fairfax, VA 22031
> jonathan.frieden@ofplaw.com
>
> *Counsel for Defendant, Google, Inc.*

                                                /s/
                                      Terence P. Ross
                                      VSB #26408
                                      CROWELL & MORING LLP
                                      1001 Pennsylvania Avenue NW
                                      Washington, DC 20004-2595
                                      Phone:  202-624-2645
                                      Fax:  202-628-8844
                                      tross@crowell.com