**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ROSETTA STONE LTD., )<br><br>Plaintiff, )<br><br>v. )<br><br>GOOGLE INC., )<br><br>Defendant. ) | **Case No. 1:09-cv-00736 (GBL/TCB)** |

**[PROPOSED] ORDER**

Upon consideration of the unopposed Motion to Withdraw, and good cause appearing therefore, it is hereby ORDERED that the motion is granted and Terence P. Ross is permitted to withdraw as counsel for Plaintiff, Rosetta Stone Ltd.

So Ordered.

Dated: _____, 2010          _____
                                    United States Magistrate