IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



ROSETTA STONE LTD.,
    Plaintiff,
vs.
GOOGLE INC.,
    Defendant.

Case No. 1:09-cv-00736 (GBL/TCB)

**PROPOSED ORDER REGARDING UNOPPOSED MOTION
OF ROSETTA STONE LTD. TO EXTEND DISCOVERY CUTOFF**

Upon consideration of the Unopposed Motion of Rosetta Stone Ltd. to Extend Discovery Cutoff (the "Motion") and good cause appearing therefor, it is hereby ORDERED that the Motion is **GRANTED**:

1. All discovery shall be commenced in time to be completed by March 15, 2010.

2. The parties shall submit to the Court on March 22, 2010 the Fed. R. Civ. P. 26(a)(3) disclosures, a list of exhibits to be used at trial, a list of the witnesses to be called at trial, and a written stipulation of uncontested facts.

3. Each party shall exchange the exhibits it intends to use at trial, or copies thereof, with the opposing party on or before March 22, 2010.

4. Objections to exhibits must be filed no later than April 5, 2010; otherwise the exhibits shall stand admitted in evidence.

Dated: January ___, 2010

/s/
Theresa Carroll Buchanan
United States Magistrate Judge