IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA   FEB -2
ALEXANDRIA DIVISION

| ROSETTA STONE LTD., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 1:09-cv-00736 (GBL/TCB) |
| GOOGLE INC., | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the unopposed Motion to Withdraw, and good cause appearing therefore, it is hereby ORDERED that the motion is granted and Terence P. Ross is permitted to withdraw as counsel for Plaintiff, Rosetta Stone Ltd.

So Ordered.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Dated: 2/2, 2010

United States Magistrate