Date: 2-4-10

Start: 2:00
Finish: 2:51

Judge: Theresa Carroll Buchanan
Reporter: FTR

Civil Action Number: 09CV736

Rosetta Stone

vs.

Google

Appearances of Counsel for (✓) Pltf (✓) Deft
( ) Matter is uncontested
Motion to/for:

Compel Production of documents by Plaintiffs

Argued &
( ) Granted ( ) Denied (✓) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
( ) Order to Follow