

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Rosetta Stone, Ltd.,  )
　　　　　　　　　　　 )
　　　　Plaintiff,     )
　　　　　　　　　　　 )
　　v.                 ) Civil Action No. 1:09cv736
　　　　　　　　　　　 )
Google, Inc.,          )
　　　　　　　　　　　 )
　　　　Defendant.     )

### ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is

ORDERED that plaintiff's Motion to Compel (#31) is granted in part and denied in part.

ORDERED that the deadline to complete discovery shall be extended to March 12, 2010. The pretrial conference shall remain scheduled for February 18, 2010. The parties shall file and exchange appropriate pretrial submissions by March 24, 2010, with objections thereto to be filed by March 31, 2010.

ENTERED this 4th day of February, 2010.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　THERESA CARROLL BUCHANAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia