# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| ROSETTA STONE LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GOOGLE INC., ) <br> ) <br> Defendant. ) <br> ) | **Case No. 1:09-cv-00736 (GBL/TCB)** |

## UNOPPOSED MOTION TO SEAL

Pursuant to Local Rule 5(D), Plaintiff Rosetta Stone Ltd. hereby requests that the Court seal its Opposition to Google Inc.'s Motion for Protective Order and the Declaration of Jennifer L. Spaziano in Support Thereof. As set forth in the accompanying Memorandum of Law, good cause exists to seal these documents. Defendant Google Inc., moreover, consents to this Motion. Rosetta Stone therefore respectfully requests that the Court grant its Motion and enter the attached order.

Respectfully submitted,

February 17, 2010
Date

/s/
Warren T. Allen II (Va. Bar No. 72691)
Attorney for Rosetta Stone Ltd.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
Telephone: (202) 371-7126
Facsimile: (202) 661-9121
Warren.Allen@skadden.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing (NEF) to the following:

Jonathan D. Frieden
ODIN, FELDMAN & PETTLEMAN, P.C.
9302 Lee Highway, Suite 1100
Fairfax, VA 22031
jonathan.frieden@ofplaw.com

*Counsel for Defendant, Google Inc.*

Respectfully submitted,

February 17, 2010
Date

/s/
Warren T. Allen II (Va. Bar No. 72691)
Attorney for Rosetta Stone Ltd.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
Telephone: (202) 371-7126
Facsimile: (202) 661-9121
Warren.Allen@skadden.com