# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

_____
ROSETTA STONE LTD.,                )
                                   )
      Plaintiff,              )
                                   )
   vs.                             )    **Case No. 1:09-cv-00736 (GBL/TCB)**
                                   )
GOOGLE INC.,                       )
                                   )
      Defendant.              )
_____)

## PROPOSED ORDER GRANTING UNOPPOSED MOTION TO SEAL

Upon consideration of the Unopposed Motion of Rosetta Stone Ltd. to Seal its Opposition to Google's Motion for Protective Order and the Declaration of Jennifer L. Spaziano in Support Thereof (the "Motion") and good cause appearing therefor, it is hereby ORDERED that the Motion is **GRANTED**:

    1.    Rosetta Stone's Opposition and the Supporting Declaration reference documents that relate to business practices that are confidential and proprietary, the public disclosure of which would be harmful to Google's business interests.

    2.    Reasonable public notice of the sealing of these documents has been given through the filings in this case.

    3.    No less restrictive method would adequately preserve the confidential and proprietary nature of the information at issue.

Dated: February __, 2010                                           _____