Rosetta Stone LTD v. Google Inc.　　Doc. 60 Att. 2

# Exhibit A

Dockets.Justia.com

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

February 8, 2010

**VIA ELECTRONIC MAIL**

Jen Spaziano
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111

Re:     Rosetta Stone Ltd. v. Google Inc., Case No. 1:09-cv-00736-GBL-JFA

Dear Jen:

I write in response to your letter of February 4, where you outlined a proposed schedule for deposing Google's employees. Google hereby proposes the following schedule for deposing Rosetta Stone's current and former employees:

| | |
|---|---|
| Michael Wu | 2/18/10 |
| Jason Calhoun | 2/19/10 |
| Nino Ninov | 2/22/10 |
| April Garvey | 2/23/10 |
| Christopher Kipple | 2/24/10 |
| John Ramsey | 2/25/10 |
| Mike Hill | 2/26/10 |
| Julie Longley | 2/26/10 |
| Brian Miller | 3/1/10 |
| Lena Huang | 3/1/10 |
| Raymond Yau | 3/2/10 |
| Daavi Zain | 3/2/10 |

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, Illinois 60606-6301 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

| | |
|---|---|
| Eric Eichmann | 3/3/10 |
| Jeanne May | 3/3/10 |
| Elizabeth Bober | 3/4/10 |
| Nancy White | 3/5/10 |
| Dawn McAvoy | 3/9/10 |
| Van Leigh | 3/9/10 |
| Tom Nowacyzk | 3/10/10 |
| Nicole Tabatabai | 3/11/10 |
| Keshav Raghunathan | 3/11/10 |
| Tom Adams | 3/12/10 |

Google also intends to take a 30(b)(6) deposition of Rosetta Stone on February 19, 2010, which we will notice separately. Please let us know for which of these employees and former employees you will require formal notices and/or subpoenas. We are currently working with our experts and other witnesses to determine their availability.

Google agrees to depose Rosetta Stone employees at a mutually agreeable location. Please let us know as soon as possible whether the proposed dates are not convenient, and, if so, please propose alternate dates in the same timeframe.


Best regards,

/s/

Margret M. Caruso