# Exhibit C

10-K 1 d10k.htm FORM 10-K

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

(Mark One)

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2009

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission file number: 000-50726

# Google Inc.
(Exact name of registrant as specified in its charter)

| Delaware | 77-0493581 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

1600 Amphitheatre Parkway
Mountain View, CA 94043
(Address of principal executive offices) (Zip Code)

(650) 253-0000
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Exchange on Which Registered |
|---|---|
| Class A Common Stock, $0.001 par value | The Nasdaq Stock Market LLC (Nasdaq Global Select Market) |

Securities registered pursuant to Section 12(g) of the Act:

Title of Each Class
Class B Common Stock, $0.001 par value
Options to purchase Class A Common Stock

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐

[Pages Intentionally Omitted]

Google Inc.
CONSOLIDATED STATEMENTS OF INCOME
(In thousands, except per share amounts)

|  | Year Ended December 31, | | |
|---|---:|---:|---:|
|  | 2007 | 2008 | 2009 |
| Revenues | $16,593,986 | $21,795,550 | $23,650,563 |
| Costs and expenses: | | | |
|    Cost of revenues (including stock-based compensation expense of $22,335, $41,340, $47,051) | 6,649,085 | 8,621,506 | 8,844,115 |
|    Research and development (including stock-based compensation expense of $569,797, $732,418, $725,342) | 2,119,985 | 2,793,192 | 2,843,027 |
|    Sales and marketing (including stock-based compensation expense of $131,638, $206,020, $231,019) | 1,461,266 | 1,946,244 | 1,983,941 |
|    General and administrative (including stock-based compensation expense of $144,876, $139,988, $160,642) | 1,279,250 | 1,802,639 | 1,667,294 |
| Total costs and expenses | 11,509,586 | 15,163,581 | 15,338,377 |
| Income from operations | 5,084,400 | 6,631,969 | 8,312,186 |
| Impairment of equity investments | — | (1,094,757) | — |
| Interest income and other, net | 589,580 | 316,384 | 69,003 |
| Income before income taxes | 5,673,980 | 5,853,596 | 8,381,189 |
| Provision for income taxes | 1,470,260 | 1,626,738 | 1,860,741 |
| Net income | $ 4,203,720 | $ 4,226,858 | $ 6,520,448 |
| Net income per share of Class A and Class B common stock: | | | |
|    Basic | $ 13.53 | $ 13.46 | $ 20.62 |
|    Diluted | $ 13.29 | $ 13.31 | $ 20.41 |

See accompanying notes.

62

[Pages Intentionally Omitted]