Rosetta Stone LTD v. Google Inc.  Doc. 60 Att. 7

Rosetta Stone LTD v. Google Inc.    Doc. 60 Att. 7

# Exhibit F

Dockets.Justia.com

[Document Filed Under Seal]