Rosetta Stone LTD v. Google Inc.																																																																																																																																																																																																																																																														Doc. 60 Att. 14

# Exhibit M

Dockets.Justia.com

[Document Filed Under Seal]