UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Rosetta Stone LTD ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case Number: 1:09cv736 |
| ) | |
| Google Inc. ) | |
| Defendant ) | |

### NOTICE OF FILING OF OFFICIAL TRANSCRIPT

On February 18, 2010, the Court Reporter filed an official transcript of a proceeding held on February 4, 2010 in this matter. The parties have 30 calendar days to file a Redaction Request requesting only personal identifiers (Social Security Numbers, financial account numbers, names of minor children, dates of birth, and home addresses) in the transcript be redacted. If no such request is filed, the transcript will become remotely electronically available to the public without redaction after 90 calendar days.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the Clerk's Office public terminal.

FERNANDO GALINDO, CLERK

By: Tenesha Cheatham,
      Deputy Clerk

Date: February 18, 2010