JUDGE: Lee    DATE: 2-18-10

CA- 1:09CV736   Rosetta Stone Ltd. V Google Inc.

Time: 9:36 - 9:42

APPEARANCES: Counsel for: Plaintiff (✓) Defendant (✓) Pro-se ( )

FINAL PRETRIAL CONFERENCE held.   6-day trial

(✓) Case set for trial by JURY on __May 3, 2010 @ 10:00 a.m.__

( ) Case set for trial by COURT on _____

( ) Pltf's Witness List filed

( ) Pltf's Exhibit List filed

( ) Deft's Witness List filed

( ) Deft's Exhibit List filed

Objections to exhibits to be filed within _____ days.

One party to file a SJ motion on March 16th

April ~~16~~ 23 SJ hrg. 10:00

Exchange of exhibits - April 2 (granted ext. orally)