Date: 2-19-10

Judge: Theresa Carroll Buchanan
Reporter: FTR

Start: 9:58
Finish: 10:12

Civil Action Number: 09CV736

Rosetta Stone

vs.

Google

Appearances of Counsel for (✓) Pltf (✓) Deft
( ) Matter is uncontested
Motion to/for:

• Protective Order to Preclude Depositions of its Three Highest Ranking Executives by Google Inc → Granted

• Seal Opposition to Google Inc's Motion for Protective Order + the Declaration of Jennifer L Spaziano in Support filed by Rosetta Stone - Granted

Argued &
(✓) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

( ) Report and Recommendation to Follow
(✓) Order to Follow