

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Rosetta Stone, Ltd., )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 1:09cv736
 )
Google, Inc., )
 )
    Defendant. )

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is

ORDERED that defendant's Motion for Protective Order (#55) is GRANTED.

ORDERED that the plaintiff's Unopposed Motion to Seal Opposition to Google's Motion for Protective Order (#58) is GRANTED.

ENTERED this 19th day of February, 2010.

                                          /s/
                            THERESA CARROLL BUCHANAN
                            UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia