```
Court Name: United States District Court
Division: 1
Receipt Number: 14683011673
Cashier ID: rbroaden
Transaction Date: 02/19/2018
Payer Name: ODIN FELDMAN
----------------------------------------
PRO HAC VICE
 For: ODIN FELDMAN
 Case/Party: D-VAE-1-10-CR-PROHAC-001
 Amount:        $250.00
----------------------------------------
CHECK
 Remitter: ODIN FELDMAN
 Check/Money Order Num: 76445
 Amt Tendered: $250.00
----------------------------------------
Total Due:      $250.00
Total Tendered: $250.00
Change Amt:      $0.00

5 PRO HAC VICE

109CV736

EVETTE PENNYPACKEREMAN

EMAN SOJOODI

MICHAEL POWELL

HENRY LIEN
JONATHAN OBLAK
```