

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __09-CV-736__, Case Name __Rosetta Stone v. Google, Inc.__
Party Represented by Applicant: __Google, Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) __Eman Sojoodi__
Bar Identification Number __261293__ State __California__
Firm Name __Quinn Emanuel Urquhart Oliver & Hedges, LLP__
Firm Phone # __(650) 801-5000__ Direct Dial # __(650) 801-5006__ FAX # __(650) 801-5100__
E-Mail Address __emansojoodi@quinnemanuel.com__
Office Mailing Address __555 Twin Dolphin Dr., 5th Floor, Redwood Shores, CA 94065__

Name(s) of federal court(s) in which I have been admitted __Northern District of California__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __XX__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____   2/12/2010
(Signature)                       (Date)
Jonathan D. Frieden
(Typed or Printed Name)

---

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted __✓__

The motion for admission is GRANTED __X__ or DENIED _____

/s/
Gerald Bruce Lee
United States District Judge
(Judge's Signature)

2 23 /0
(Date)

THE STATE BAR
OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

January 13, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EMAN SOJOODI-HAGHIGHI, #261293 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records