

# Odin
# Feldman
# Pittleman PC



Felicia A. Felder
Legal Assistant
felicia.felder@ofplaw.com
Direct: 703-218-2347

February 12, 2010

**VIA OVERNIGHT DELIVERY**
Clerk of the Court
United States District Court
for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

      Re:   *Rosetta Stone Ltd. v. Google Inc.*
             U.S. District Court for the Eastern District of Virginia
             Civil Action No. 1:09cv00736

Dear Clerk:

     With regard to the above-referenced matter, enclosed for filing please find five (5) original signed Pro Hac Vice Applications. I have also enclosed this firm's check number 076445 in the amount of $250.00 to cover the clerk's fee. Lastly, I have enclosed an additional copy of each Application which I request you date-stamp and return in the enclosed, self-addressed, stamped envelope.

     Thank you for your prompt assistance with this matter. Should you have any questions or concerns with regard to this matter, please do not hesitate to contact me.

                             Very truly yours,

                             Felicia A. Felder
                             Legal Assistant

Enclosure: a/s

#1193885v1 52040/00001