

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
736 CRIMINAL RULE 57.4

In Case Number 1:09-cv-00736, Case Name Rosetta Stone Ltd. v. Google Inc.
Party Represented by Applicant: Google Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Claude Michael Stern
Bar Identification Number 96737    State CA
Firm Name Quinn Emanuel Urquhart Oliver & Hedges LLP
Firm Phone # (650) 801-5000    Direct Dial # (650) 801-5002    FAX # (650) 801-5100
E-Mail Address claudestern@quinnemanuel.com
Office Mailing Address 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, CA 94065

Name(s) of federal court(s) in which I have been admitted    See attachment

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____    2/19/10
(Signature)                          (Date)
Jonathan D. Frieden
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid ✓ /krs    or Exemption Granted _____

The motion for admission is GRANTED _X_    or DENIED ____

/s/
Gerald Bruce Lee                                2.23.10
(Judge's Signature) United States District Judge    (Date)

# Attachment

Claude Stern Federal Court Admissions:

| | |
|---|---|
| California State Courts | December 1980 |
| United States Court of Appeals for the Ninth Circuit | May 1981 |
| United States District Court for the Northern District of California | July 1982 |
| United States Supreme Court | July 1990 |
| United States District Court for the Eastern District of California | August 1990 |
| United States District Court for the Southern District of California | January 1997 |
| United States District Court for the Central District of California | March 1997 |
| United States Court of Appeals for the Federal Circuit | November 1998 |