```
Court Name: United States District Court
Division: 1
Receipt Number: 14683011647
Cashier ID: rbroaden
Transaction Date: 02/19/2010
Payer Name: CLAUDE STERN
------------------------------------
PRO HAC VICE
 For: CLAUDE STERN
 Case/Party: D-VAE-1-10-CR-PROHAC-001
 Amount:      $50.00
------------------------------------
CHECK
 Remitter: ODIN FELDMAN
 Check/Money Order Num: 076498
 Amt Tendered: $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

PRO HAC VICE
109CV789 736
CLAUDE STERN
```