

**Odin
Feldman
Pittleman** PC

Felicia A. Felder
Legal Assistant
felicia.felder@ofplaw.com
Direct: 703-218-2347

February 19, 2010

**VIA COURIER**
Clerk of the Court
United States District Court
for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

      Re:   *Rosetta Stone Ltd. v. Google Inc.*
            U.S. District Court for the Eastern District of Virginia
            Civil Action No. 1:09cv00736

Dear Clerk:

With regard to the above-referenced matter, enclosed for filing please find an original signed Pro Hac Vice Application for Claude Michael Stern, together with this firm's check number 076498 in the amount of $50.00 to cover the clerk's fee. I have also enclosed an additional copy of the Application which I request you date-stamp and return in the enclosed, self-addressed, stamped envelope.

Thank you for your prompt assistance with this matter. Should you have any questions or concerns with regard to this matter, please do not hesitate to contact me.

Very truly yours,

*Felicia A. Felder*
Felicia A. Felder
Legal Assistant

Enclosure: a/s

#1196084v1  52040/00001