Court Name: United States District Court
Division: 1
Receipt Number: 14683011678
Cashier ID: rbroaden
Transaction Date: 02/19/2010
Payer Name: SKADDEN ARPS

PRO HAC VICE
 For: SKADDEN ARPS
 Case/Party: D-VAE-1-10-CR-PROHAC-001
 Amount:      $200.00
---
CHECK
 Remitter: SKADDEN ARPS
 Check/Money Order Num: 5790
 Amt Tendered: $200.00
---
Total Due:      $200.00
Total Tendered: $200.00
Change Amt:     $0.00

PRO HAC VICE

109CV736

BERNARD SHEK

THOMAS NOLAN

MITCHELL ETTINGER
DAVID LELAND