# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:09CV736__, Case Name __Rosetta Stone Ltd. v. Google Inc.__
Party Represented by Applicant: __Rosetta Stone Ltd.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) __Mitchell Scott Ettinger__
Bar Identification Number __415451__ State __District of Columbia__
Firm Name __Skadden, Arps, Slate, Meagher & Flom LLP__
Firm Phone # __202-371-7000__ Direct Dial # __202-371-7444__ FAX # __202-661-8214__
E-Mail Address __Mitchell.Ettinger@Skadden.com__
Office Mailing Address __1440 New York Avenue, NW, Washington, DC 20005__

Name(s) of federal court(s) in which I have been admitted __Please see attached.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_(Applicant's Signature)_

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_(Signature)_ __2/17/10__ (Date)
__Warren T. Allen II__
(Typed or Printed Name)

---

Court Use Only:
Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __X__ or DENIED _____

/s/
Gerald Bruce Lee
United States District Judge
(Judge's Signature)

(Date)

# Attachment to The Application of Mitchell Scott Ettinger
# To Qualify As a Foreign Attorney Under Local Civil Rule 83.1(D)

## Mitchell Scott Ettinger Bar Admissions

State Bar of Maryland (Bar No. 15181)
District of Columbia Bar (Bar No. 415451)

Supreme Court of the United States
United States Court of Appeals for the Fourth Circuit
United States Court of Appeals for the Seventh Circuit
United States Court of Appeals for the Eleventh Circuit
United States Court of Appeals for the Armed Forces
United States District Court for the District of Columbia
United States District Court for the District of Maryland