# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA



APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:09CV736__, Case Name __Rosetta Stone Ltd. v. Google, Inc.__
Party Represented by Applicant: __Rosetta Stone Ltd.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) __David Brandon Leland__
Bar Identification Number __484096__ State __District of Columbia__
Firm Name __Skadden, Arps, Slate, Meagher & Flom LLP__
Firm Phone # __202-371-7000__ Direct Dial # __202-371-7713__ FAX # __202-661-8257__
E-Mail Address __David.Leland@Skadden.com__
Office Mailing Address __1440 New York Avenue, NW, Washington, DC 20005__

Name(s) of federal court(s) in which I have been admitted __Please see attached.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.
_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____ __2/19/10__
(Signature)                       (Date)
__Warren T. Allen II__
(Typed or Printed Name)

---

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __X__ or DENIED _____

/s/
__Gerald Bruce Lee__
__United States District Judge__
(Judge's Signature)                __2-23-10__
                                    (Date)

# Attachment to The Application of David Brandon Leland
# To Qualify As a Foreign Attorney Under Local Civil Rule 83.1(D)

**David Brandon Leland Bar Admissions**

Virginia Bar (Bar No. 45567) – Associate Status
District of Columbia Bar (Bar No. 484096)

United States Court of Appeals for the Fourth Circuit
United States District Court for the District of Columbia