# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

ROSETTA STONE LTD.

    Plaintiff,

v.

GOOGLE INC.

    Defendant.

CIVIL ACTION NO. 1:09cv736
(GBL / TCB)

## ORDER

UPON CONSIDERATION OF the parties' Consent Motion to Set or Amend Briefing Schedule, it is hereby

ORDERED that the Consent Motion to Set or Amend Briefing Schedule is GRANTED; and it is hereby further

ORDERED that the parties shall file their summary judgment motions in this action by March 26, 2010 and shall notice those motions for hearing on April 23, 2010 at 10:00 a.m.; and it is hereby further

ORDERED that each of the parties shall deliver to chambers two (2) courtesy copies of its summary judgment motion and its briefs relating thereto.

 

_____
United States District Judge