Rosetta Stone LTD v. Google Inc.                                                                            Doc. 78

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ROSETTA STONE LTD. | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:09cv736 (GBL / TCB) |
| GOOGLE INC. | |
| Defendant. | |

## **NOTICE OF CONSENT MOTION TO SET OR AMEND BRIEFING SCHEDULE**

PLEASE TAKE NOTICE that Plaintiff, Rosetta Stone Ltd., and Defendant, Google Inc., (collectively the "*Parties*"), by and through their undersigned counsel, will appear before this Court on Friday, March 5, 2010, at 10 a.m., or as soon thereafter as counsel may be heard, to move the Court to grant their Consent Motion to Set or Amend Briefing Schedule.

Respectfully Submitted,

GOOGLE INC.
By counsel

_____/s/_____
Jonathan D. Frieden, Esquire (VSB No. 41452)
Stephen A. Cobb, Esquire (VSB No. 75876)
ODIN, FELDMAN & PITTLEMAN, P.C.
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
(703) 218-2100
(703) 218-2160 (facsimile)
jonathan.frieden@ofplaw.com
stephen.cobb@ofplaw.com

Margret M. Caruso, Esquire (Admitted *Pro Hac Vice*)
QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5101
(650) 801-5100 (facsimile)
margretcaruso@quinnemanuel.com
*Counsel for Defendant Google Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of February, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following::

      Warren Thomas Allen, II
      SKADDEN ARPS SLATE MEAGHER & FLOM LLP
      1440 New York Ave NW
      Washington, DC 20005-2111
      202-371-7126
      Fax: 202-661-9063
      Email: wtallen@skadden.com
      *Counsel for Plaintiff Rosetta Stone Ltd.*

            /s/
      Jonathan D. Frieden, Esquire (VSB No. 41452)
      Stephen A. Cobb, Esquire (VSB No. 75876)
      ODIN, FELDMAN & PITTLEMAN, P.C.
      9302 Lee Highway, Suite 1100
      Fairfax, Virginia  22031
      (703) 218-2100
      (703) 218-2160 (facsimile)
      jonathan.frieden@ofplaw.com
      stephen.cobb@ofplaw.com
      *Counsel for Defendant Google Inc.*