IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:09cv00736__, Case Name __Rosetta Stone Ltd. v. Google__
Party Represented by Applicant: __Google, Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

FILED FEB 26 2010 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

PERSONAL STATEMENT

FULL NAME (no initials, please) __Rachel Marie Kassabian__
Bar Identification Number __191060__ State __CA__
Firm Name __Quinn Emanuel Urquhart Oliver & Hedges, LLP__
Firm Phone # __(650) 801-5000__ Direct Dial # __(650) 801-5005__ FAX # __(650) 801-5100__
E-Mail Address __rachelkassabian@quinnemanuel.com__
Office Mailing Address __555 Twin Dolphin Drive, 5th Floor, Redwood Shores, CA 94065__

Name(s) of federal court(s) in which I have been admitted __N.D. California, ED California, CD California__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)     2/23/2010
Jonathan D. Frieden     (Date)
(Typed or Printed Name)

Court Use Only:
Clerk's Fee Paid __√TC.__ or Exemption Granted _____

The motion for admission is GRANTED __X__ or DENIED _____

/s/
__Gerald Bruce Lee__
__United States District Judge__     2-26-10
(Judge's Signature)     (Date)