```
Court Name: United States District Court
Division: 1
Receipt Number: 14683011701
Cashier ID: 1robey
Transaction Date: 02/25/2010
Payer Name: ODIN FELDMAN PITTLEMAN
------------------------------------
PRO HOC VICE
 For: ODIN FELDMAN PITTLEMAN
 Case/Party: D-VAE-1-10-CR-PROHAC-001
 Amount:       $50.00
------------------------------------
CHECK
 Remitter: ODIN FELDMAN PITTLEMAN
 Check/Money Order Num: 76556
 Amt Tendered: $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

PROHAC VICE

109CV736
RACHEL MARIE KASSABIAN
```