**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| ROSETTA STONE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Civ. Action No. 1:09-cv-00736(GBL/TCB)** |
| | ) | |
| GOOGLE INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ROSETTA STONE LTD.'S MOTION FOR SANCTIONS**

Pursuant to Federal Rule of Civil Procedure 37(b)(2) and Local Rule 37(D), Rosetta Stone Ltd. moves this Court for sanctions against Google Inc. for its failure to comply with the Court's February 4, 2010 Order compelling it to produce certain documents to Rosetta Stone. The grounds and authorities in support of this motion are set forth in the Memorandum of Law in Support of Rosetta Stone Ltd.'s Motion for Sanctions along with the supporting Declaration and Exhibits. Counsel for Rosetta Stone discussed this Motion with counsel for Google on April 14 and April 16, 2010, but the parties were unable to resolve this matter.

Respectfully submitted,

_____April 16, 2010_____
Of Counsel:
Mitchell S. Ettinger
(*Pro hac vice*)
Clifford M. Sloan
(*Pro hac vice*)
Jennifer L. Spaziano
(*Pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111

/s/_____
Warren T. Allen II
Virginia Bar Number 72691
*Attorney for Plaintiff Rosetta Stone Ltd.*
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(202) 371-7000
(202) 393-5760
wtallen@skadden.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 16, 2010 I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Jonathan D. Frieden
ODIN, FELDMAN & PETTLEMAN, P.C.
9302 Lee Highway, Suite 1100
Fairfax, VA 22031
jonathan.frieden@ofplaw.com

*Counsel for Defendant, Google Inc.*


| April 16, 2010 | /s/ |
|---|---|
| Date | Warren T. Allen II (Va. Bar No. 72691) |
| | Attorney for Rosetta Stone Ltd. |
| | Skadden, Arps, Slate, Meagher & Flom LLP |
| | 1440 New York Avenue, N.W. |
| | Washington, D.C. 20005-2111 |
| | Telephone:  (202) 371-7000 |
| | Facsimile:   (202) 393-5760 |
| | Warren.Allen@skadden.com |