IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Rosetta Stone Ltd., )
)
    Plaintiff, )
)
v. )
) Case No. 1:09cv736 (GBL)
Google Inc., )
)
    Defendant. )
)

## ORDER

THIS MATTER is before the Court on Defendant's Motion to Dismiss (Dkt. No. 94). For the reasons to be stated in the Court's forthcoming Memorandum Order, it is hereby

ORDERED that Defendant's Motion to Dismiss is GRANTED.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this ____ day of April, 2010.

Alexandria, Virginia

                                      /s/
                                Gerald Bruce Lee
                                United States District Judge