IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Rosetta Stone Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:09cv736 (GBL) |
| Google Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

THIS MATTER is before the Court on Plaintiff's Motion for Partial Summary Judgment as to Liability (Dkt. No. 103); Defendant's Motion for Summary Judgment (Dkt. No. 112); Plaintiff's Omnibus Motion in Limine (Dkt. No. 179); Plaintiff's and Defendant's Joint Motion to Seal (Dkt. No. 185); Defendant's Omnibus Motion in Limine (Dkt. No. 189); Plaintiff's and Defendant's Joint Motion to Use the Courtroom Presentation System and to Bring Electronic Equipment Into Courthouse for Use During Trial and Memorandum in Support (Dkt. No. 201); and Plaintiff's and Defendant's Joint Motion to Submit Electronic Copies of Trial Exhibits and Memorandum in Support (Dkt. No. 203). For the reasons to be stated in the Court's forthcoming Memorandum Opinion, the Court grants summary judgment in favor of Defendant on Counts I-VI. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Partial Summary Judgment as to Liability is DENIED. It is further

ORDERED that Defendant's Motion for Summary Judgment is GRANTED.  It is further

ORDERED that Plaintiff's Omnibus Motion in Limine is MOOT.  It is further

ORDERED that Plaintiff's and Defendant's Joint Motion to Seal is MOOT.  It is further

ORDERED that Defendant's Omnibus Motion in Limine is MOOT.  It is further

ORDERED that Plaintiff's and Defendant's Joint Motion to Use the Courtroom Presentation System and to Bring Electronic Equipment Into Courthouse for Use During Trial and Memorandum in Support is MOOT.  It is further

ORDERED that Plaintiff's and Defendant's Joint Motion to Submit Electronic Copies of Trial Exhibits and Memorandum in Support is MOOT.

The time for appeal will not run until the Court issues the Memorandum Opinion and Judgement Order in accordance with Federal Rule of Civil Procedure 58.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 28 day of April, 2010.

Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge

2