```
Court Name: United States District Court
Division: 1
Receipt Number: 14683015853
Cashier ID: sbrown
Transaction Date: 08/31/2010
Payer Name: SKADDEN ARPS SLATE MEAGHER
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SKADDEN ARPS SLATE MEAGHER
 Amount:        $455.00
--------------------------------
CHECK
 Remitter: SKADDEN ARPS SLATE MEAGHER
 Check/Money Order Num: 5972
 Amt Tendered: $455.00
--------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

APPEALS

SKADDEN ARPS SLATE MEAGHER

#1:09CV00736
```