4cca-30  REV. 09/23/08

# TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| ✓ Notice of Filing<br>__ Cross Appeal<br>__ Interlocutory Appeal<br>__ Additional NOA<br>__ Amended NOA<br>__ Transmittal of Record<br>__ Transmittal of Certif.<br>__ Supplement to ROA<br>__ Supplemental Certif.<br>__ Other _____ | UNITED STATES DISTRICT COURT<br>for the<br>**Eastern** DISTRICT OF **VA**<br>at **Alexandria**<br>Caption:<br>Rosetta Stone LTD<br>-v-<br>Google Inc. | District Court No.:<br>**1:09cv736**<br><br>4CCA No.: _____<br><br>Consolidated with No.:<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: **8/31/10** | 4. Fees<br>_____ USA no fee required<br>$5 filing fee:     ✓ paid     ___ unpaid<br>$450 docket fee:  ✓ paid     ___ unpaid<br>Pauper status: ___ granted ___ denied ___ pending in dist.ct.<br>Does PLRA Apply? __ Yes __ No   3-strikes? ___ Yes ___ No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 2. Amended NOA filed: | |
| 3. District Judge:<br>**Gerald Bruce Lee** | 5. Materials Under Seal in District Court: ✓ Yes ___ No<br>Party Names Under Seal in District Court: ___ Yes ✓ No |
| 6. Court Reporter(s)(list all):<br>**Renecia Wilson, FTR**<br>Coordinator: **Maria Hewitt** | 7. Criminal/Prisoner Cases<br>___ recalcitrant witness   Defendant's Address:<br>___ on death row<br>___ in custody<br>___ on bond<br>___ on probation |

**Part II** TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
☐ ORIGINAL RECORD     ☐ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| ☐ PRO SE: Automatically transmit assembled electronic record to 4CCA in pro se cases.<br>Does electronic record include all filings?<br>☐ YES  ☐ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): | ☐ PRO SE: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): |
| ✓ COUNSELED: Available for transmittal<br>In-court hearing(s) held? ✓ YES ___ NO<br>All transcript on file? ✓ YES ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. | ☐ COUNSELED: Available for transmittal<br>In-court hearing(s) held? ___ YES ___ NO<br>All transcript on file? ___ YES ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

(703)
Deputy Clerk: **Nora McKeough**   Phone: **299-2152**   Date: **09/01/10**