Filed: September 1, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-2007
(1:09-cv-00736-GBL-TCB)



ROSETTA STONE LTD

      Plaintiff - Appellant

v.

GOOGLE, INCORPORATED

      Defendant - Appellee

NOTICE OF APPELLATE CASE OPENING

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Court Case Number | 1:09-cv-00736-GBL-TCB |
| Date notice of appeal filed in originating court | 08/31/2010 |
| Appellant(s) | Rosetta Stone LTD |
| Appellate Case Number | 10-2007 |
| Case Manager | Lisa D. Jernigan 804-916-2754 |

The above-captioned case has been opened in this Court.