FILED: January 18, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-2007
(1:09-cv-00736-GBL-TCB)

JAN 1 8 2011

ROSETTA STONE LTD

    Plaintiff - Appellant

v.

GOOGLE, INCORPORATED

    Defendant - Appellee

---

INTERNATIONAL TRADEMARK ASSOCIATION; THE UK INTELLECTUAL PROPERTY LAW SOCIETY; PUBLIC CITIZEN

    Amici Curiae

---

BLUES DESTINY RECORDS, LLC; CARFAX, INCORPORATED; FORD MOTOR COMPANY; HARMON INTERNATIONAL INDUSTRIES, INCORPORATED; THE MEDIA INSTITUTE; VIACOM, INC.,; BURLINGTON COAT FACTORY WAREHOUSE CORPORATION; BUSINESS SOFTWARE ALLIANCE; CHANEL, INCORPORATED; COACH, INCORPORATED; GOVERNMENT EMPLOYEES INSURANCE COMPANY; HARRAH'S ENTERTAINMENT, INCORPORATED; LONGCHAMP USA, INCORPORATED; NATIONAL FOOTBALL LEAGUE; OAKLEY, INCORPORATED; PROFESSIONAL GOLFERS' ASSOCIATION OF AMERICA, INCORPORATED; ROLLS-ROYCE NORTH AMERICA, INCORPORATED; S.A.S. JEAN CASSEGRAIN; SUNKIST GROWERS, INCORPORATED; SWAROVSKI NORTH AMERICA, LTD.; THE ASSOCIATION FOR COMPETITIVE TECHNOLOGY; THE SUNRIDER CORPORATION; TIVO, INCORPORATED; TIFFANY & COMPANY; TUMI, INCORPORATED; UNITED CONTINENTAL HOLDINGS, INCORPORATED; 1-800 CONTACTS, INCORPORATED; CONVATEC, INCORPORATED; GURU

DENIM, INCORPORATED; MONSTER CABLE PRODUCTS, INCORPORATED; PETMED EXPRESS, INC.; VOLUNTEERS OF AMERICA

    Amici Supporting Appellant

PUBLIC KNOWLEDGE; ELECTRONIC FRONTIER FOUNDATION; EBAY INCORPORATED; YAHOO! INCORPORATED

    Amici Supporting Appellee

---

O R D E R

---

The Court grants the motion to reconsider its order extending the filing time to file a response to the motions for leave to intervene and unseal documents until January 25, 2011, and extends the time for filing a response to the motions to January 31, 2011.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk